UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

JAN 10 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| PHILANDIAS SAMUEL CALVIN, | ) 4:18CR012 CDP/NCC |
| Defendants. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about December 6, 2017, in City of St. Louis within the Eastern District of Missouri,

**PHILANDIAS SAMUEL CALVIN,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with persons designated in Section 1114 of this title, while engaged in or on account of the performance of their official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney